IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, et al, Plaintiffs, | ) ) ) ) |
| vs. | ) ) Case No. 12 C 5241 ) Judge Sharon Johnson Colemann |
| JOHN CICHY, Individually and d/b/a LAKESIDE RESTORATIONS, Defendant | ) ) ) |

**NOTICE OF DISMISSAL**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GREGORY W. HOSE, and ARNOLD AND KADJAN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss this action without prejudice and represent that the Defendant has not served an Answer or Motion for Summary Judgment.

S/James R. Anderson

By:   One of Plaintiffs' Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
GREGORY W. HOSE
ARNOLD AND KADJAN
203 North LaSalle Street, Suite 1650
Chicago, IL 60601
(312)236-0415

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Dismissal with the Clerk of the Court and a copy will be sent to the below-mentioned at the below-mentioned address and depositing the same, in the U.S. Mail at LaSalle & Lake, Chicago, Illinois on the 13th day of December 2012, at or before the hour of 5:00 p.m.

        John Cichy
        1740West Carroll
        Chicago, IL 60612

        s/ James R. Anderson
        ARNOLD AND KADJAN
        203 N. LaSalle St., Ste. 1650
        Chicago, IL 60601
        312-236-0415 (phone)
        312-341-0438 (fax)